**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BILLY HARDY                                                                                                    PLAINTIFF

v.                                        No. 4:05MJ01023 JWC

UNITED STATES OF AMERICA                                                                      DEFENDANT

**OPINION**

Billy Hardy was charged with the petty offense of violating 38 CFR § 1218(b)(11) for disorderly conduct that created a loud and boisterous noise and use of loud, abusive, or otherwise improper language at the Veterans Administration Hospital in Little Rock, Arkansas.  Pursuant to 18 U.S.C. § 3401, Fed. R. Crim. P. 58, and Local Rule 72.1(I), the case was tried before the Honorable Jerry W. Cavaneau, Magistrate Judge for the United States District Court for the Eastern District of Arkansas.  Judge Cavaneau found Hardy guilty of the offense and entered a judgment on May 27, 2005.  Hardy appealed pursuant to 28 U.S.C. § 3402 and Fed. R. Crim. P. 58(g)(2).

In his notice of appeal, Hardy states that he has additional evidence to offer.  However, he is not entitled to a trial *de novo* on appeal.  Fed. R. Crim. P. 58(g)(2)(D).  The scope of the appeal is the same as for an appeal from the district court to the court of appeals.  *Id*.  The Court will reverse a criminal conviction due to insufficient evidence only if no reasonable fact finder could find the defendant guilty.  *United States v. Lopez*, 414 F.3d 954, 959 (8th Cir. 2005).

The Court has listened to the tape of the proceedings before Judge Cavaneau.  The testimony presented by the United States government established that Hardy used abusive language on the premises of the Veterans Administration Hospital after his physician refused to give him pain

medication.  Hardy admitted using that language.  A reasonable finder of fact could find Hardy guilty.  Therefore, the judgment is affirmed in all respects.

    IT IS SO ORDERED this __7th__ day of October, 2005.

                                                           _____
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE